IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

KATRICE ETCHIN,

                Defendant.

ORDER

07-cr-139-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Katrice Etchin moved to suppress evidence seized from her apartment when law enforcement officers conducted a search of the apartment under a warrant issued by a judge of the Circuit Court for Dane County. The magistrate judge recommended denial of the motion in a report and recommendation entered on December 18, 2009. Defendant has objected to the recommendation.

After reviewing defendant's objections, the magistrate judge's report; and the parties' briefs, I am persuaded that the magistrate judge's recommendation is correct, for the reasons stated in his December 18 report and in his earlier report, addressing a motion to suppress the same evidence filed by defendant's co-defendant, Maurice Bowman. It is not necessary to add to his thorough analysis of the facts and law.

ORDER

IT IS ORDERED that the report entered by United States Magistrate Judge Stephen

L. Crocker is ADOPTED as the court's own and defendant Katrice Etchin's motion to

suppress the evidence seized from her apartment on October 28, 2007 is DENIED.

Entered this 2nd day of January, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge